UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:21-cr-00222-MC |
| v. | INFORMATION |
| **SHOKHRUKH TASHPULATOV,** | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 |
| **Defendant.** | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**Conspiracy to Manufacture and Distribute or Possess with**
**Intent to Manufacture and Distribute Marijuana**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846)**

Beginning at an exact date unknown and continuing through in or around June 2018, in the District of Oregon and elsewhere, defendant **SHOKHRUKH TASHPULATOV** did knowingly and willfully combine, conspire, confederate and agree, with other known and unknown persons, to manufacture and distribute, or possess with intent to manufacture and distribute, 50 or more marijuana plants, a Schedule I controlled substance,

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846.

Dated: June 29, 2021.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Gavin W. Bruce*
GAVIN W. BRUCE, OSB # 113384
Assistant United States Attorney